UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA — RENO

| | |
|---|---|
| Reva International, Ltd.,<br>    Plaintiff<br><br>         v.<br><br>MBraun, Inc., a Corporation;<br>Peter M. Calandra, Jr., an Individual;<br>MBraun Intergas-Systeme GmbH, a German<br>Corporation; Does 1-10; Black Corporations<br>1-10,<br>    Defendants | No.  3:06-CV-306-LRH-VPC |

JOINT MOTION FOR STAY
WHILE PARTIES ATTEMPT MEDIATED SETTLEMENT

    Plaintiff Reva Inernational, Ltd. and Defendants MBraun, Inc., Peter M. Calandra, Jr., and MBraun Intergas-Systeme GmbH respectfully move that this matter — including but not limited to the proposed joint pretrial order currently due on January 29, 2008 — be stayed until April 4, 2008, while the parties attempt to reach settlement through mediation.  The parties have agreed to engage the services of Jerry Whitehead, Esq., as mediator, and his office has indicated his willingness and availability to do so.  On information and belief, Mr. Whitehead's mediation calendar is heavily booked in the near term.  Accordingly, Mr. Whitehead's availability will be a major determinant of the dates for mediation, as will be the coordination of those dates with the availability of counsel and the parties — having in mind that two of the Defendants are from New Hampshire, a third is from Germany, and lead defense counsel is from New Hampshire.

    WHEREFORE, the parties respectfully request the following relief:

    A.    An Order granting this Motion.

    B.    An Order granting such other relief as this Honorable Court deems appropriate.

|  |  |
|---|---|
|  | Respectfully submitted,<br>REVA INTERNATIONAL, LTD.,<br>By Its Attorney,<br>Michael J. Morrison |
| Date: January 18, 2008 | /s/ Michael J. Morrison<br>1495 Ridgeview Drive, #220<br>Reno, NV 89509<br>T: 775-827-6300<br>F: 775-827-6311<br>E: morrisonlaw@pyramid.net |
|  | MBRAUN, INC., PETER M. CALANDRA, JR.,<br>and MBRAUN INTERGAS-SYSTEME GMBH,<br>By Their Attorneys,<br>Sheehan, Phinney, Bass & Green, P.A. |
| Date: January 18, 2008 | /s/ Edward A. Haffer<br>By: Edward A. Haffer<br>1000 Elm Street<br>P.O. Box 3701<br>Manchester, NH 03105-3701<br>T: 603-627-8115<br>F: 603-641-2352<br>E: ehaffer@sheehan.com |
|  | Lionel Sawyer & Collins<br>By: Dan C. Bowen (SBN 1555)<br>1100 Bank of America Plaza,<br>50 W. Liberty Street,<br>Reno, NV 89501<br>T: 775-788-8666<br>F: 775-788-8682<br>E: dbowen@lionelsawyer.com |

    **IT IS SO ORDERED.**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: January 23, 2008