~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

REVA INTERNATIONAL, LTD.,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                         CASE NUMBER: **3:06-cv-306-LRH-VPC**

MBRAUN, INC., a corporation, et al.

      Defendants.


 XX  **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

     Counsel having failed to file a Joint Status Report in compliance with Minutes of the Court entered on November 23, 2010,

     **IT IS THEREFORE ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice.


Date:  December 6, 2010                              **LANCE S. WILSON, CLERK**

                                                                     By /s/   BRENDA L. GORBET
                                                                          Deputy Clerk