~~AO 450 (Rev. 5/85) Judgment in a Civil Case⊕~~

# UNITED STATES DISTRICT COURT

*****          DISTRICT OF    NEVADA

REVA INTERNATIONAL, LTD.,

       Plaintiff,

V.

**AMENDED**

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-cv-306-LRH-VPC**

MBRAUN, INC., a corporation, et al.

    ~~Defendants.~~

Judgment Entered on December 6, 2010, Docket #32 is hereby amended to correct the Decision Type as this decision was not rendered at a hearing

**XX**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    Counsel having failed to file a Joint Status Report in compliance with Minutes of the Court entered on November 23, 2010,

    **IT IS THEREFORE ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice.

Date:   December 7, 2010                                                          **LANCE S. WILSON, CLERK**

                                      By /s/   BRENDA L. GORBET
                                            Deputy Clerk